UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:20-CR-00341-L |
| | § | |
| DEVIONN HOLMES | § | |

## ORDER RESETTING TRIAL

Before the court is Defendant Devionn Holmes's Unopposed Motion for Continuance of Trial and Pretrial Deadlines (Doc. 22), filed June 29, 2021. Upon consideration of the motion and the applicable law, and in accordance with the findings set forth below, the court determines that the motion should be and is hereby **granted**.

Defendant Holmes requests an additional continuance because defense counsel needs additional time to discuss Defendant's options and potential resolution prior to trial. In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and Defendant in a speedy trial. In this regard, the court has considered factors indicating that its failure to grant this motion would deny counsel for Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from the court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, the current trial setting of July 7, 2021 is hereby **vacated**, and this case is **reset** for trial on **Tuesday, January 25, 2022,** at **9:00 a.m.** *No further continuances will be granted unless there are exceptional or extraordinary circumstances.*

Order Resetting Trial – Page 1

The following revised scheduling order is issued for Devionn Holmes:

**Motion Deadline**: October 15, 2021, at 4:00 p.m.

**Motion Response Deadline**: October 29, 2021, at 4:00 p.m.

**Replies:**   No replies to any motion may be filed without leave of court.

**Trial Setting**: Tuesday, January 25, 2022, at 9:00 a.m.

**The court's response-to-motion deadline is the date listed only if the motion is filed on the motion deadline; otherwise, the response should be filed in accordance with the court's Local Rules of Criminal Procedure.**

All other portions of the court's original Criminal Trial Scheduling Order remain in effect.

**It is so ordered** this 30th day of June, 2021.

_____
Sam A. Lindsay
United States District Judge